In the Matter of SERVICE STREET, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

BENJAMIN PITOFF v. WESTINGHOUSE, CHURCH, KERR & COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE PENNSYLVANIA RAILROAD COMPANY v. JOHN P. LEO and Others.— Motion granted. Question to be certified on settlement of order. Settle order on notice. Present — Dowling, Laughlin, Merrell and Greenbaum, JJ.

EUDORA S. VAN HORN v. FRANK M. VAN HORN, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK and Others, as Trustees etc., v. JAMES G. BLAKE and Others.— Motion denied as being unnecessary. Under section 1336 of the Code of Civil Procedure, where final judgment is rendered in the court below after the refusal by the Appellate Division of a new trial upon an application made in the first instance at a term thereof, the party aggrieved may appeal directly from the final judgment to the Court of Appeals. The final determination of this court herein being in effect a modification of the judgment directed by the trial court, such appeal may be taken as of right. (Code Civ. Proc. § 190, subd. 1.) Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MARY BURKE and Others v. NEW YORK UNIVERSITY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

LINDA MILLER v. PAUL PRAGER and Others.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MOODY ENGINEERING COMPANY, INC., v. CATALANA DE GAS ELECTRICIDAD, S. A.— Order resettled and filed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

C. ITOH & COMPANY, LTD., v. BOYER OIL COMPANY, INC.— Motion granted and time to serve and file record on appeal extended thirty days from service of order. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ARCHIBALD WILLIAMSON and Others v. UCHIDA TRADING COMPANY, LTD.— Stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ELIZABETH A. LEVY v. JESSE B. LEVY.— Orders filed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of RALPH T. STANTON, an Attorney.— Reference ordered to Hon. John J. Freedman, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.